CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINA BUIE, | Case No.: 2:17-CV-02455-MCE-AC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY** |
| ESA MANAGEMENT, LLC, | |
| Defendant. | State Action filed: 1/10/17<br>Removal to Federal: 11/20/17<br>Trial Date: None |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS discovery closes on November 20, 2018, the parties do agree and stipulate between and amongst themselves that due to Plaintiff's recently scheduled upcoming surgery on November 29, 2018, non-expert discovery will be extended to January 28, 2019.

The parties attempted to depose Plaintiff's surgeon on October 26, 2018, however, unbeknownst to defense and plaintiff's counsel, Plaintiff had sought treatment with another surgeon and scheduled surgery to occur. The parties agree and stipulate between and amongst themselves, through their respective counsel, to extend non-expert discovery to January 28, 2019 to allow Plaintiff sufficient time to recover and additional discovery to be undertaken regarding Plaintiff's surgery.

DATED: November 20, 2018

                ERICKSEN ARBUTHNOT

         By  _____
             CHARLES S. PAINTER
             REBECCA L. MENENDEZ
             Attorneys for Defendant, ESA
             MANAGEMENT, LLC, a Delaware
             limited liability company sued herein as
             DOE 1

DATED: November 20, 2018

                AMERIO LAW FIRM P.C.

         By  _____
             JEFFREY FLETTERICK
             Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation between the Parties (ECF No. 32), the November 20, 2018 deadline for non-expert discovery in the above-captioned action is extended to **January 28, 2019**.

IT IS SO ORDERED.

Dated: November 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BUIE v. ESA MANAGEMENT
USDC-EASTERN CASE NO.: 2:17-CV-02455-MCE-AC
EA File No. 17-040

# CERTIFICATE OF SERVICE
[Fed. R. Civ. P. 5(b), 5(d), 6(e) and LR 135]

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and not a party to the within action; my business address is 100 Howe Avenue, Suite 110 South, Sacramento, California 95825. On this date I served the within:

**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY**

( )   BY MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at Sacramento, California. Said envelope(s) was/were addressed as listed hereafter, pursuant to the Federal Rules of Civil Procedure.

( )   BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above-named document as listed hereafter.

(XX)  ECF SERVICE:

I caused to be served, through the Court's ECF system a true and correct copy of the above-named document.

**ATTORNEY FOR PLAINTIFF:**
Ashley R. Amerio
Jeffrey Fletterick
AMERIO LAW FIRM P.C.
1640 Lead Hill Blvd., Ste. 220
Roseville, CA  95661
(916) 419-1111
(888) 909-0977 fax
ashley@ameriolaw.com
jeff@ameriolaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that this declaration was executed on November ___, 2018, at Sacramento, California.

_____
DARLENE L. GUSTIN