CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERDINA BUIE,

    Plaintiff,

vs.

ESA MANAGEMENT, LLC,

    Defendant.

Case No.: 2:17-cv-02455-MCE-AC

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; AND ORDER**

    WHEREAS Plaintiff filed her complaint on January 10, 2017;

    WHEREAS on May 30, 2017, the parties dismissed, without prejudice, all defendants except defendant, ESA MANAGEMENT, LLC;

    WHEREAS on November 20, 2017, Defendant ESA MANAGEMENT, LLC filed a Notice of Removal;

    WHEREAS on November 21, 2017, this court issues its Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of **good cause**….";

    WHEREAS discovery non-expert was previously scheduled to close on November 20, 2018, but was extended to be complete by January 28, 2019 per stipulation signed by Judge England on November 26, 2018, which moved forward previous deadlines; and

WHEREAS neither party will be filing a dispositive motion and whereas both parties are agreeable to attempting to settle this matter before enormous resources, including time and money, are expended in conducting extensive expert discovery, the parties hereby do agree to extend the deadline to complete expert discovery to October 30, 2019 in order to provide the parties ample time to hold a mediation, if settlement talks are unsuccessful between the attorneys.

DATED: May 8, 2019

ERICKSEN ARBUTHNOT

By /s/ *Rebecca L. Menendez*

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant, ESA MANAGEMENT, LLC, a Delaware limited liability company

DATED: May 22, 2019

AMERIO LAW FIRM, PC.

By /s/ *Jeffrey Fletterick*

ASHLEY R. AMERIO
JEFFREY FLETTERICK
STEPHEN F. DAVIDS
Attorneys for Plaintiff, FERDINA BUIE

## ORDER

Pursuant to the Parties' stipulation and for good cause, the deadline to complete expert discovery is extended to October 30, 2019.

IT IS SO ORDERED.

Dated: May 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE