# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINA BUIE, | No. 2:17-cv-02455-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ESA MANAGEMENT, LLC, | |
| Defendant. | |

Pursuant to the parties' May 30, 2019 Joint Notice of Trial Readiness, the Court makes the following orders.

Due to the Court's trial schedule for the remainder of 2019 and the beginning of 2020, this matter is set for a Status Re: Trial Setting on July 9, 2020, at 2:00 p.m. in courtroom 7. Counsel are ordered to file a joint status report not later than fourteen (14) days before this hearing. To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a magistrate judge.

DATED: June 12, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1